

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| R & M Mixed Beverages Consultants, Inc., | § | No. 08-17-00054-CV |
| Appellant, | § | Appeal from the |
| v. | § | 210th District Court |
| Safe Harbor Benefits, Inc., USG Insurance Services, Inc., WKF & C Agency, Inc. of Texas, and WKF & C Agency as Merged Into Ryan Specialty Group Services, LLC, and Ryan Specialty Group, LLC, | § | of El Paso County, Texas |
|  | § | (TC# 2016DCV0374) |
|  | § |  |
| Appellees. | § |  |

# **O R D E R**

On March 14, 2017 this Court issued an order for mediation referral. The order required the parties to make any objection to referral within ten days of the order. On March 24, 2017 Appellees timely filed their objections. The Court finds Appellees' objections persuasive.

Therefore the Court ORDERS this appeal to continue, the appellate timetable suspension is lifted and the Record is now due in this Court on or before April 26, 2017. If no Reporter's Record will be filed for this appeal then the Appellant's brief shall be due in this Court thirty days after the Clerk's Record is filed.

IT IS SO ORDERED this 27th day of March, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.